Nathan D. DeCorpo, Esq.
Schlissel DeCorpo LLP
Proposed Counsel to
Queens Real Estate Holding Inc.
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 11

Case No.: 1-26-42985-jmm

NOTICE OF MOTION

In Re:

HCEC EQUITIES, LLC,

Debtor(s)

SIRS:

PLEASE TAKE NOTICE that upon the annexed affirmation of Nathan D. DeCorpo, attorney for HCEC Equities, LLC, the debtor herein, a hearing shall be held on October 14, 2026 at 11:00 AM, on the motion, seeking an Order, pursuant to Local Bankruptcy Rule 2090-1, granting relief to Schlissel DeCorpo, LLP, by relieving them as attorneys of record for the Debtor in the above-captioned case. The hearing shall be held before the Honorable JIL MAZER-MARINO, United States Chief Bankruptcy Judge, at the United States Bankruptcy Court Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by October 13, 2026, through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on October 13, 2026.

PLEASE TAKE FURTHER NOTICE, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with e-Court Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with e-Court Appearances in advance of the hearing. Instructions for registering with e-Court Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with e-Court Appearances, you may call or email Judge JIL MAZER-MARINO courtroom deputy for instructions at (347) 394-1864 or jmm_hearings@nyeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: Lynbrook, New York
September 3, 2026

SCHLISSSEL DECORPO, LLP


BY: Nathan D. DeCorpo, Esq.
Attorney for
HCEC Equities, LLC
479 Merrick Road
Lynbrook, NY 11563
Tel: 516-561-6645
Email: nathan@sdnylaw.com

Nathan D. DeCorpo, Esq.
Schlissel DeCorpo LLP
Proposed Counsel to
Queens Real Estate Holding Inc.
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 11

Case No.: 1-26-42985-jmm

NOTICE OF MOTION

In Re:

HCEC EQUITIES, LLC,

Debtor(s)

SIRS:

PLEASE TAKE NOTICE that upon the annexed affirmation of Nathan D. DeCorpo, attorney for HCEC Equities, LLC, the debtor herein, a hearing shall be held on September __, 2026 at __ AM, on the motion, seeking an Order, pursuant to Local Bankruptcy Rule 2090-1, granting relief to Schlissel DeCorpo, LLP, by relieving them as attorneys of record for the Debtor in the above-captioned case. The hearing shall be held before the Honorable JIL MAZER-MARINO, United States Chief Bankruptcy Judge, at the United States Bankruptcy Court Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by September __, 2026, through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be served, so as to be received by the Objection Deadline, on September 8, 2026.

PLEASE TAKE FURTHER NOTICE, that you may appear at the hearing in person, by phone or by videoconference. Those intending to appear at the hearing must register with e-Court Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed only to those that register with e-Court Appearances in advance of the hearing. Instructions for registering with e-Court Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with e-Court Appearances, you may call or email Judge JIL MAZER-MARINO courtroom deputy for instructions at (347) 394-1864 or jmm_hearings@nyeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion may be adjourned without notice other than an announcement at the hearing.

Dated: Lynbrook, New York
July 28, 2026

SCHLISSSEL DECORPO, LLP

______________________

BY: Nathan D. DeCorpo, Esq.
Attorney for
HCEC Equities, LLC
479 Merrick Road
Lynbrook, NY 11563
Tel: 516-561-6645
Email: nathan@sdnylaw.com

Nathan D. DeCorpo, Esq.
Schlissel DeCorpo LLP
Proposed Counsel to
HCEC EQUITIES, LLC
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

Chapter 11

Case No.: 1-26-42985-jmm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

HCEC EQUITIES, LLC,

Debtor(s)

MOTION OF ATTORNEYS FOR THE DEBTOR TO BE RELIEVED AS COUNSEL PURSUANT TO LBR-2090-1

TO THE HONORABLE JIL MAZER-MAINO
UNITED STATES CHIEF BANKRUPTCY JUDGE

Nathan D. DeCorpo, an attorney duly admitted to practice before the Courts of the State of New York and the United States Bankruptcy Court for the Eastern District of New York, hereby affirms under penalty of perjury:

1. I am a member of the firm Schlissel DeCorpo, LLP, counsel of record for the Debtor in the above-captioned bankruptcy proceeding. I make this Affirmation in support of the motion for an order permitting my firm to withdraw as counsel for the Debtor.

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**RELIEF REQUESTED**

2. Schlissel DeCorpo, LLP seeks an order permitting withdrawal as counsel of

record pursuant to Local Bankruptcy Rule 2090-1 for the Eastern Districts of New York. Satisfactory reasons exist for withdrawal because of an irreconcilable breakdown in the attorney-client relationship, making effective representation impossible.

## BACKGROUND

3. On June 22, 2026, the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code.

4. Schlissel DeCorpo, LLP appeared on behalf of the Debtor at the time the petition was filed. Since that time, we have represented the Debtor in connection with this bankruptcy proceeding.

5. The Debtor is the owner of the property located at 33-54 83rd Street and 33-53 82nd Street, Jackson Heights, New York 11372, multiunit rental building.

## NECESSITY TO SEEK RELIEF AS COUNSEL

6. My office is requesting to be relieved as counsel to the debtor due to a fundamental and irreconcilable breakdown in communication with the debtor. Despite numerous attempts by my office, through emails and phone calls, to obtain critical financial documentation, necessary to administer this estate, the Debtor has failed to cooperate, rendering it unreasonably difficult for my office to carry out the representation effectively and in good faith.

7. The current attorney-client state of the relationship renders it unreasonably difficult for my office to carry out the representation effectively, satisfying the requirements for withdrawal under New York Rules of Professional Conduct (22 NYCRR § 1200.0) Rule 1.16(c)(7).

8. Pursuant to the requirements of Local Civil Rule 1.4, the Debtor's last known contact information for subsequent service of notices and court orders is:

Mailing Address: 33-53 82nd St. Apt A2, Jackson Heights, NY 11373

Telephone Number: 646-382-5642

Email: ucm2000@icloud.com (Other)

9. Pursuant to Local Bankruptcy Rule 2090-1, notice of this Motion has been served upon the Debtor, the Office of the United States Trustee, the Chapter 11 Trustee, and all parties who have filed a notice of appearance in this case.

10. The Debtor has consented to my office's withdrawal of representation.

WHEREFORE, my office respectfully requests that this Court enter an order: Authorizing Schlissel DeCorpo, LLP to withdraw as counsel of record for the Debtor; Directing the Clerk of the Court to terminate my office's electronic tracking and notice notifications for this case; and granting such other and further relief as this Court deems just and proper.

Dated: Lynbrook, New York
September 3, 2026

SCHLISSEL DeCORPO, LLP
Attorneys for the Debtor

______________________________
By: Nathan D. DeCorpo, Esq.
479 Merrick Road
Lynbrook, NY 11563
Tel.: (516) 561-6645
Email: Nathan@sdnylaw.com

Nathan D. DeCorpo, Esq.
Schlissel DeCorpo LLP
Proposed Counsel to
Union Turnpike Associates, LLC
479 Merrick Road
Lynbrook, NY 11563
Tel.: 516-561-6645

Chapter 11

Case No.: 1-26-42985-jmm

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

HCEC EQUITIES, LLC,

Debtor(s).

**ATTORNEY AFFIRMATION IN SUPPORT OF THE MOTION TO WITHDRAW AS COUNSEL TO THE DEBTOR**

NATHAN D. DECORPO, under the penalty of perjury states:

1. I am an attorney at law duly admitted to practice law before the Courts of the State of New York and in the Eastern District of New York.

2. I am a partner at Schlissel DeCorpo LLP, with offices located at 479 Merrick Road, Lynbrook, NY 11563. Schlissel DeCorpo, LLP is counsel of record for HCEC Equities, LLC (the "Debtor") in this Chapter 11 case. As such, I am fully familiar with the facts and circumstances set forth herein.

3. I have read and I am generally familiar with Title 11, United States Code, the Bankruptcy Rules and the Local Rules of the United States Court for the Eastern District of New York.

4. I submit this Declaration in support of the Motion to Withdraw as Counsel for the Debtor (the "Motion") pursuant to EDNY Local Bankruptcy Rule 2090-1. A satisfactory basis for withdrawal exists under New York Rule of Professional Conduct 1.16(c). Specifically, the attorney-client relationship has suffered a severe, fundamental, and irreconcilable breakdown, rendering it impossible for my firm to effectively represent the Debtor.

5. For the past couple of months, the Debtor has continuously failed to respond to material correspondence, phone calls, and emails from my office. Furthermore, despite explicit requests, the Debtor has failed to cooperate in providing the necessary financial documents, monthly operating reports, or disclosures required to properly administer this Chapter 11 estate.

6. Debtor's conduct has rendered it unreasonably difficult for my firm to carry out its employment effectively.

7. Debtor through its agents filed a letter purporting to discharge my firm. While we categorically deny the allegations set forth in said letter, dated September 3, 2026, we concede that an irretrievable breakdown of the attorney client relationship has occurred.

8. It is respectfully submitted that no parties will be prejudiced by the approval of this motion.

9. No prior application for the relief requested herein has been made to this Court.

WHEREFORE, it is respectfully requested that this Court requests the entry of the Order authorizing the employment of Schlissel DeCorpo, LLP, and for such other and further relief as this Court determines just and proper.

Dated: Lynbrook, New York
September 3, 2026

SCHLISSEL DeCORPO, LLP

BY: Nathan D. DeCorpo, Esq.
479 Merrick Road
Lynbrook, NY 11563
(516) 561-6645

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

Chapter 11

In Re:

Case No.: 1-26-42985-jmm

HCEC EQUITIES, LLC,

AFFIDAVIT OF SERVICE

Debtor(s)

STATE OF NEW YORK )
) ss.:
COUNTY OF NASSAU )

ANGELA A. YADGAROFF deposes and says that on SEPTEMBER 10,2026, I electronically filed the foregoing Motion to Withdraw as Counsel to the Debtor with the clerk of the Court using the CM/ECF system and a true and correct copy has been served via CM/ECF and/or by facsimile, US mail to the following parties:

Shannon Scott
Assistant of U.S. Trustee
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004

Colliers International
20 Waterview Boulevard, Suite 310
Parsippany, NJ 07054-1271

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

NYC Water Board
Richard J Costa
Senior Counsel - Bureau of Legal Affairs
59-17 Junction Blvd, 13th Fl
Elmhurst, NY 11373-5108

New York City Dept of Finance
Office of Legal Affairs
Collections Law-RPT Taxes
375 Pearl Street, 30th floor
New York, NY 10038

Marianne T. O'Toole
2 Depot Plaza, Suite 2E
Bedford Hills, NY 10507

Marilyn M Peter
c/o Morris Fateha
911 Avenue U
Brooklyn, NY 11223

NYC Dept of Housing Preservation
and Development
c/o Molly Davis
100 Gold Street, Room 6N1
New York, NY 10038

Venable LLP
151 West 42nd Street, 49TH Floor
New York, NY 10036-8016

Wilmington Trust, NA
1100 North Market Street
Wilmington DE 19801-0000

Angela A. Yadgaroff

Sworn to before me this
10th day of September, 2026

Notary Public

NATHAN DAVID DECORPO
Notary Public - State of New York
No. 02DE6221038
Qualified in ~~Suffolk County~~ Nassau County
Commission Expires May 24, 2030