Morris Fateha, Esq.
LAW OFFICES OF MORRIS FATEHA
911 Avenue U
Brooklyn, New York 11223
*Attorneys for Marilyn Peter, Individually*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In Re:

HCEC Equities, LLC,

Debtor.

----------------------------------------------------------------X

Chapter 11

Case No. 1-26-42985-jmm

**DECLARATION OF SALIMAN COY IN SUPPORT OF EMERGENCY MOTION TO DISMISS CHAPTER 11 CASE AS UNAUTHORIZED**

I, SALIMAN GOBIN COY, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am over eighteen years of age and make this Declaration based upon my personal knowledge. I am also known by my married name of Saliman Coy.
2. I am an alleged Member of HCEC Equities, LLC and hold a 49% membership interest. Ginny Werner is allegedly the Managing Member and holds the remaining 51% membership interest.
3. I signed the Amended and Restated Operating Agreement of HCEC Equities LLC dated September 7, 2021 without knowledge of what I signed for.
4. Section 7 of the Operating Agreement requires the consent of all Members before the Company may commence a voluntary bankruptcy proceeding.
5. I never consented to HCEC filing for bankruptcy.
6. Before this Chapter 11 case was filed on June 22, 2026, no one informed me that a bankruptcy filing was being considered or prepared.

7. I was not asked to attend any meeting or vote concerning a bankruptcy filing. I did not sign any consent, resolution, meeting minutes, or other document authorizing the filing.

8. I did not authorize Ginny Werner or anyone else to commence or approve a bankruptcy proceeding on my behalf. Had I been asked, I would not have consented.

9. I first learned of the bankruptcy after the case had already been filed.

10. After learning of the bankruptcy, I did not approve or ratify the filing. I have not signed any document or taken any action approving the bankruptcy, and I do not consent to it now.

11. I do not participate in the day-to-day management or operation of HCEC's properties and do not wish to assume those responsibilities nor want anything to do with HCEC. That position should not be understood as approval or ratification of the bankruptcy filing.

12. I support the pending motion to dismiss because the bankruptcy was filed without my consent, as required by the Operating Agreement.

13. I make this Declaration voluntarily so that the Court has a direct statement from me concerning whether I authorized or ratified the bankruptcy filing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Brooklyn, New York
September 27, 2026

[signature]

Saliman Gobin aka Saliman Coy